B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Kasden Fuel Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**06-0739566** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**340 Tolland Street**<br>**East Hartford, CT**<br>ZIP Code **06108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **The Kasden Fuel Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **The Kasden Fuel Company**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jon P. Newton**
Signature of Attorney for Debtor(s)

**Jon P. Newton ct03376**
Printed Name of Attorney for Debtor(s)

**Reid and Riege, P.C.**
Firm Name

**One Financial Plaza**
**Hartford, CT 06103-2600**
Address

**860.278.1150  Fax: 860.240.1002**
Telephone Number

**June 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce J. Deitch**
Signature of Authorized Individual

**Bruce J. Deitch**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## KASDEN FUEL COMPANY, INC.

### CONSENT IN LIEU OF MEETING OF
### BOARD OF DIRECTORS

The undersigned, being all of the directors of Kasden Fuel Company, Inc., do hereby consent to and approve the adoption of the following resolutions:

RESOLVED: That the President of this corporation be, and hereby is, authorized, when and if in his best judgment and sole discretion it becomes necessary or he deems that it is desirable and for the best interests of this corporation, its creditors, and other interested parties, to file a petition on behalf of this corporation under the provisions of Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED: That the form of petition under said Chapter 11 be such as is satisfactory to counsel to the corporation and that the President of this corporation be, and hereby is, authorized on behalf of and in the name of this corporation, to execute and verify a petition, substantially in such form, and to cause the same to be filed with the United States Bankruptcy Court for the District of Connecticut; and it is further

RESOLVED: That, upon the President determining that said petition should be filed, the officers of this corporation be, and they hereby are, authorized to execute and file all petitions, schedules, lists, and other papers and documents and to take any and all action which the President deems necessary and proper in connection with such proceedings under Chapter 11; and it is further

RESOLVED: That the President is authorized in connection therewith, to retain and employ as special legal counsel to represent the corporation, on a general retainer, the law firm of Reid and Riege, P.C. and such other legal and accounting or other expertise which he may deem necessary and proper, and the current employment of said law firm is hereby ratified and approved.

IN WITNESS WHEREOF, we have hereunto set our hands as directors of said corporation and affixed the corporate seal this 9th day of June, 2010.

_____
Bruce Deitch

_____
Michael Deitch

22702.000/514969.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **The Kasden Fuel Company**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Santandar Consumer**<br>**ATTN: Bankruptcy Dept.**<br>**P.O. Box 560284**<br>**Dallas, TX 75356-0284** | **Santandar Consumer**<br>**ATTN: Bankruptcy Dept.**<br>**P.O. Box 560284**<br>**Dallas, TX 75356-0284**<br>**1.888.437.4846** | **Vehicle notes** | | **131,749.05** |
| **CBIA Health Connections**<br>**ATTN: Pres.**<br>**P.O. Box 150495**<br>**Hartford, CT 06115-0495** | **CBIA Health Connections**<br>**ATTN: Pres.**<br>**P.O. Box 150495**<br>**Hartford, CT 06115-0495**<br>**860.525.2242** | **Insurance** | | **24,476.73** |
| **The G.H. Berlin Oil Co.**<br>**ATTN: Pres./Managing Agent**<br>**42 Rumsey Rd.**<br>**East Hartford, CT 06108** | **The ~G.H. Berlin Oil Co.**<br>**ATTN: Pres./Managing Agent**<br>**42 Rumsey Rd.**<br>**East Hartford, CT 06108**<br>**860.289.7800** | **Trade debt** | | **15,488.10** |
| **Liberty Oil Equipment**<br>**ATTN: Pres./Managing Agent**<br>**82 Cherry St.**<br>**East Hartford, CT 06108** | **Liberty Oil Equipment**<br>**ATTN: Pres./Managing Agent**<br>**82 Cherry St.**<br>**East Hartford, CT 06108**<br>**860.289.8246** | **Truck repairs** | | **12,085.50** |
| **Windsor Winair Co.**<br>**ATTN: Pres./Managing Agent**<br>**25 Bidwell Rd.**<br>**South Windsor, CT 06074** | **Windsor Winair Co.**<br>**ATTN: Pres./Managing Agent**<br>**25 Bidwell Rd.**<br>**South Windsor, CT 06074**<br>**860.291.9000** | **Trade debt** | | **5,055.25** |
| **The Guardian**<br>**ATTN: Pres./Managing Agent**<br>**P.O. Box 8500-5160**<br>**Philadelphia, PA 19178-5160** | **The ~Guardian**<br>**ATTN: Pres./Managing Agent**<br>**P.O. Box 8500-5160**<br>**Philadelphia, PA 19178-5160**<br>**800.606.9976** | **Insurance** | | **4,400.00** |
| **Commercial Heating**<br>**ATTN: Pres./Managing Agent**<br>**25 Rachel Dr.**<br>**Stratford, CT 06615** | **Commercial Heating**<br>**ATTN: Pres./Managing Agent**<br>**25 Rachel Dr.**<br>**Stratford, CT 06615**<br>**800.777.4328** | **Trade debt** | | **3,955.20** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **The Kasden Fuel Company**                                         Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Granite Group<br>ATTN: Pres./Managing Agent<br>P.O. Box 2004<br>Concord, NH 03302-2004 | Granite Group<br>ATTN: Pres./Managing Agent<br>P.O. Box 2004<br>Concord, NH 03302-2004<br>860.537.7600 | Trade debt | | 3,386.89 |
| Troy's Mt. View Service, Inc.<br>ATTN: Pres.<br>2507 Albany Ave.<br>West Hartford, CT 06117 | Troy's Mt. View Service, Inc.<br>ATTN: Pres.<br>2507 Albany Ave.<br>West Hartford, CT 06117<br>860.257.4857 | Gas and repair expenses | | 3,000.00 |
| Manchester Winnelson Co.<br>ATTN: Pres./Managing Agent<br>160 Hartford Rd.<br>Manchester, CT 06040 | Manchester Winnelson Co.<br>ATTN: Pres./Managing Agent<br>160 Hartford Rd.<br>Manchester, CT 06040<br>860.649.4563 | Trade debt | | 2,285.60 |
| Chuck's Automotive<br>ATTN: Pres./Managing Agent<br>653 Burnside Ave.<br>East Hartford, CT 06108 | Chuck's Automotive<br>ATTN: Pres./Managing Agent<br>653 Burnside Ave.<br>East Hartford, CT 06108<br>860.289.0081 | Gas and repair expenses | | 2,045.55 |
| Eastern Boiler Repair<br>ATTN: Pres./Managing Agent<br>13 Cobblestone Rd.<br>Burlington, CT 06013 | Eastern Boiler Repair<br>ATTN: Pres./Managing Agent<br>13 Cobblestone Rd.<br>Burlington, CT 06013<br>860.673.3093 | Trade debt | | 2,000.00 |
| Pitney Bowes Credit Corp.<br>ATTN: Pres.<br>P.O. Box 856460<br>Louisville, KY 40285-6460 | Pitney Bowes Credit Corp.<br>ATTN: Pres.<br>P.O. Box 856460<br>Louisville, KY 40285-6460<br>800.732.7222 | Post Office machine stamps | | 1,200.00 |
| Dave's Citgo<br>ATTN: Pres./Managing Agent<br>451 School St.<br>East Hartford, CT 06108 | Dave's Citgo<br>ATTN: Pres./Managing Agent<br>451 School St.<br>East Hartford, CT 06108<br>860.289.2632 | Gas and repair expenses | | 1,000.00 |
| Sack Distributors<br>ATTN: Pres.<br>34 Francis Ave.<br>Hartford, CT 06106 | Sack Distributors<br>ATTN: Pres.<br>34 Francis Ave.<br>Hartford, CT 06106<br>860.232.4814 | See Schedule D - security, if any, to be determined | Disputed | To be determined |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **The Kasden Fuel Company**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 11, 2010**     Signature **/s/ Bruce J. Deitch**
**Bruce J. Deitch**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Bell Simons
ATTN:  Pres.
P.O. Box 261567
Hartford, CT 06126


Bruce Deitch
15 Pine Tree Lane
Avon, CT 06012


CBIA Health Connections
ATTN:  Pres.
P.O. Box 150495
Hartford, CT 06115-0495


Center Capital Corporation
ATTN:  Pres.
P.O. Box 330
Hartford, CT 06141-0330


Chuck's Automotive
ATTN:  Pres./Managing Agent
653 Burnside Ave.
East Hartford, CT 06108


Citizens Oil Co-op
ATTN:  Pres./Managing Agent
P.O. Box 271718
West Hartford, CT 06127


Commercial Heating
ATTN:  Pres./Managing Agent
25 Rachel Dr.
Stratford, CT 06615


Dave's Citgo
ATTN:  Pres./Managing Agent
451 School St.
East Hartford, CT 06108


Bruce Deitch
15 Pine Tree Lane
Avon, CT 06012
```

```
Eastern Boiler Repair
ATTN:  Pres./Managing Agent
13 Cobblestone Rd.
Burlington, CT 06013


First Insurance Funding Corp.
ATTN:  Pres.
450 Skokie Blvd.
Northbrook, IL 60065-3306


The G.H. Berlin Oil Co.
ATTN:  Pres./Managing Agent
42 Rumsey Rd.
East Hartford, CT 06108


Granite Group
ATTN:  Pres./Managing Agent
P.O. Box 2004
Concord, NH 03302-2004


The Guardian
ATTN:  Pres./Managing Agent
P.O. Box 8500-5160
Philadelphia, PA 19178-5160


HMZ Energy LLC
ATTN:  Pres.
40 Woodland St.
Hartford, CT 06105


Liberty Oil Equipment
ATTN:  Pres./Managing Agent
82 Cherry St.
East Hartford, CT 06108


Manchester Winnelson Co.
ATTN:  Pres./Managing Agent
160 Hartford Rd.
Manchester, CT 06040


Michael Deitch
21 Trainor Dr.
Simsbury, CT 06089
```

```
Navistar Financial Corporation
ATTN:  Pres.
2400 Commerce Ave.
Building 1100, Suite 100
Duluth, GA 30096


Navistar Financial Group
ATTN:  Pres./Managing Agent
P.O. Box 96070
Chicago, IL 60693-6070


Pitney Bowes Credit Corp.
ATTN:  Pres.
P.O. Box 856460
Louisville, KY 40285-6460


Regal Supply
ATTN:  Pres./Managing Agent
P.O. Box 330410
West Hartford, CT 06133


Sack Distributors
ATTN:  Pres.
34 Francis Ave.
Hartford, CT 06106


Santandar Consumer
ATTN: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284


Sybil Deitch
5 Bridge Path
Avon, CT 06001


Troy's Mt. View Service, Inc.
ATTN:  Pres.
2507 Albany Ave.
West Hartford, CT 06117


Windsor Winair Co.
ATTN:  Pres./Managing Agent
25 Bidwell Rd.
South Windsor, CT 06074
```